■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS LOCUST, Appellant. [42 NYS3d 815]—Judgment, Supreme Court, New York County (Maxwell Wiley, J.), rendered February 19, 2014, convicting defendant, upon his plea of guilty, of attempted burglary in the second degree and burglary in the third degree, and sentencing him to an aggregate term of 6½ years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence on the attempted burglary conviction to a term of four years, with five years' postrelease supervision, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Acosta, J.P., Renwick, Andrias, Saxe and Gische, JJ.